# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy: Emily Buchanan | Date: May 10, 2022 |
| Court Reporter:    Julie Thomas | Interpreter:  n/a |
| Probation:         Michelle Sinaka | |

**CASE NO. 21-cr-00096-DDD**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Alecia Riewerts |
| Plaintiff, | |
| v. | |
| 1. BRANDON GANDY, | Kelly Christl |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**10:36 a.m.     Court in session**.

Defendant present in custody.

**Change of Plea Hearing on September 23, 2021.   Defendant pled guilty to Counts 1 and 2 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).   Argument.

Allocution. - Statements made by: the legal guardian of Minor #1, the Government, defense counsel, and the defendant.

After consideration of the provisions of 18 U.S.C. 3553(a), the Court announces the sentence it intends to impose as reflected in the record.

**ORDER:** **Defendant's Motion [39] is denied.**

**ORDER:** **United States' Motion Under U.S.S.G. 3E1.1(b) for 1-Level Reduction in Defendant's Offense Level for Acceptance of Responsibility [50] is granted.**

**ORDER:** **United States' Motion to Dismiss the Indictment at Time of Sentencing [51] is granted.**

**ORDER:** **Defendant is sentenced to a term of imprisonment of 360 months as to Count 1 and 60 months as to Count 2, to run concurrently.   Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 10 years as to Count 1 and 10 years as to Count 2, to run concurrently.   The Court waives the fine and the JVTA assessment.   Defendant shall pay a special assessment fee of $100.00 as to Count 1 and $100.00 as to Count 2, for a total of $200.00, to be paid immediately.   Defendant shall pay an AVAA assessment of $20,000.00.**

**ORDER:** **Any unpaid monetary obligations upon release from incarceration will be required to be paid in monthly installments during the term of supervised release.   The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly income.**

**ORDER:** **Defendant shall forfeit any interest in property, as stated on record, to the United States.**

**Mandatory and special conditions are as set forth in the record.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:36 a.m.**   **Court in recess.**

Total Time: 1:00      Hearing concluded.